UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GSD DEVELOPMENT CO., LLC | CIVIL ACTION |
| VERSUS | |
| ACTION CONCRETE CONSTRUCTION, INC., ET AL. | NO. 19-00159-BAJ-SDJ |

## JUDGMENT

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED** and **DECREED** that the above-captioned proceeding be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 15th day of October, 2020

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Jury